An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL FLORES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 69204

**FILED**

DEC 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER DENYING PETITION

In this original petition for a writ of mandamus or prohibition, petitioner Miguel Flores challenges a district court order denying his motion to dismiss based on the State's failure to take him to trial within the time frame contemplated by NRS 178.620. Having considered the petition on file herein, we are not satisfied that this court's intervention by way of extraordinary relief is warranted. *See* NRS 34.160; NRS 34.170; NRS 34.320; *see also Wilson v. State*, 121 Nev. 345, 363, 114 P.3d 285, 297 (2005). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38768

cc: Hon. Douglas W. Herndon, District Judge
Legal Resource Group
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2